**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1817**

---

ERICA M. ALLEN WINSLOW,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT; FAIRFAX COUNTY DIVISION OF CHILD SUPPORT ENFORCEMENT; SEAN CHARLES WINSLOW,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:25-cv-00251-PTG-WBP)

---

Submitted:  February 10, 2026               Decided:  February 20, 2026

---

Before NIEMEYER, Circuit Judge, and TRAXLER and KEENAN, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Erica M. Allen Winslow, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erica M. Allen Winslow appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction and denying her motion for injunctive relief. We have reviewed the record and discern no reversible error. Accordingly, we deny as unnecessary Winslow's motion for leave to file an amended informal brief with the list of issues moved to the first page of the brief, and we affirm the district court's order. *Winslow v. Commonwealth of Va. Div. of Child Support Enf't*, No. 1:25-cv-00251-PTG-WBP (E.D. Va. June 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
